UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE:  Juan Barajas Jr**<br>**Docket Number:  0972 1:17CR00011-1**<br><u>**MOTION TO DISMISS PETITION**</u> |

Your Honor:

The United States Probation Office moves to dismiss the Probation Form 12C, Petition for Warrant, filed against defendant, Juan Barajas Jr., on March 16, 2017, in Docket Number 1:17-CR-00011-DAD.  Subsequent information received by defense counsel and reviewed by the probation office disputes the charges outlined in the Petition.  Accordingly, it is recommended the status hearing currently scheduled for April 5, 2017, be vacated, the Petition be dismissed, and probation be reinstated.

Respectfully submitted,

**JULIE R. MARTIN**
Sr. United States Probation Officer

Dated:   March 28, 2017
             Bakersfield, California
             JRM:jrm

**REVIEWED BY:**

**LONNIE E. STOCKTON**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒  Approved          ☐  Disapproved

IT IS SO ORDERED.

Dated:   **March 28, 2017**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

**RE:** **Juan Barajas Jr**
**Docket Number:   0972 1:17CR00011-1**
**<u>MOTION TO DISMISS PETITION</u>**


cc:   Dawrence Rice
      Assistant United States Attorney

      Megan Hopkins
      Defense Counsel

2