HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JUAN BARAJAS JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-0011 DAD |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE; ORDER |
| vs. | ) Date: June 8, 2017 |
| JUAN BARAJAS JR., | ) Time: 2:00 p.m. ) Judge: Hon. Stanley A. Boone |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kevin Rooney, counsel for the plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Juan Barajas, Jr., that the status conference currently scheduled for June 1, 2017 at 2:00 p.m. be continued to June 8, 2017 at 2:00 p.m.

Counsel for Mr. Barajas, Jr. will be travelling out of state for a training conference on June 1, 2017, returning on June 5, 2017. The one-week continuance will also permit Counsel to meet and confer with probation prior to the status conference, in order to advance this case as expediently as possible.

/ / /

/ / /

/ / /

Respectfully submitted,

Phillip Talbert
Acting United States Attorney


Date: May 26, 2017            */s/ Kevin Rooney*
                              KEVIN ROONEY
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


Date: May 26, 2017            */s/ Megan T. Hopkins*
                              MEGAN T. HOPKINS
                              Assistant Federal Defender
                              Attorney for Defendant
                              JUAN BARAJAS JR.


# O R D E R

**IT IS SO ORDERED.**

The status conference currently scheduled for June 1, 2017 is hereby continued to June 8, 2017. Defendant is ordered to appear.


IT IS SO ORDERED.

Dated: **May 26, 2017**

_____
UNITED STATES MAGISTRATE JUDGE