# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JUAN BARAJAS, JR.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **1:17-CR-00011-001**<br><br>Megan Taylor Hopkins, Assistant Feral Defender<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charges 1 & 2 as alleged in the violation petition filed on 5/5/2017.

The defendant adjudicated guilty of theses:

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| Charge 1 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | 4/28/2017 |
| Charge 2 | FAILURE TO COMPLY WITH LOCATION MONITORING | 5/2/2017 |

**The court continues under same conditions of supervision heretofore ordered on 12/16/2016 with all previously ordered conditions in effect and with the modification of conditions (listed on page 2).**

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.

Appeal Rights GIVEN.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/10/2017
Date of Imposition of Sentence

*Dale A. Drozd*
Signature of Judicial Officer

**DALE A. DROZD**, United States District Judge
Name & Title of Judicial Officer

7/18/2017
Date

DEFENDANT:      JUAN BARAJAS, JR.                                                                               Page 2 of 2
CASE NUMBER:   1:17CR00011-001

# SPECIAL CONDITIONS OF PROBATION

1. The defendant shall reside and participate in a residential reentry center, Turning Point, Fresno, California, for a period of 4 months; said placement shall commence as directed by the probation officer pursuant to 18 USC 3565(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

2. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

3. The defendant shall register, as required in the jurisdiction in which he resides, as a drug offender.

4. The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer.

5. The defendant shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.